**Electronically Filed
Supreme Court
SCWC-20-0000557
13-AUG-2025
02:04 PM
Dkt. 29 ODMR**

SCWC-20-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MICHAEL C. GREENSPON,
Petitioner and Respondent/Plaintiff-Appellant,

vs.

CIT BANK, N.A. f/k/a ONEWEST BANK, FSB,
Respondent and Petitioner/Defendant-Appellee,

and

DAVID B. ROSEN, ESQ. and THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000557; CASE NO. 2CC1410000379(1))

ORDER DENYING MOTION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner and Respondent/

Plaintiff-Appellant's Motion to Set Aside Summary Disposition

Order and Remand This Case for Trial on the Merits filed on

August 8, 2025 (Dkt. 27), which this court construes as a motion

for reconsideration pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40(b), and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, August 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2